TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
DOMINIC J. LUCA (SBN 337702)
dluca@snllp.com
SIMMONDS & NARITA LLP
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 283-1000
Facsimile: (415) 352-2625

Attorneys for Defendant
CBC Settlement Funding, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CODY PATTON,<br><br>  Plaintiff,<br><br>vs.<br><br>CBC SETTLEMENT FUNDING, LLC; and DOES 1 through 10 inclusive,<br><br>  Defendant | **CASE NO.: 5:22-cv-1597**<br><br>**NOTICE OF REMOVAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant CBC Settlement Funding, LLC ("Defendant") hereby removes to this Court the state court action described below.

1. On July 29, 2022, a Complaint was filed against Defendant by Plaintiff Cody Patton ("Plaintiff"), in the Superior Court of the State of California in and for the County of Riverside, in an action styled as *Cody Patton v. CBC Settlement Funding, LLC,* Case No. CVPS2203003. The Complaint attempts to assert causes of action for violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. ("TCPA") and for invasion of privacy. A copy of the complaint is attached hereto as **Exhibit A**. The summons and all other documents that were served on CBC or that CBC obtained from the state court file are attached hereto as **Exhibits B** through **D**.

2. This removal petition is timely under 28 U.S.C. § 1446(b) because Defendant was served with the Complaint on August 11, 2022, as reflected on the Service of Process Transmittal attached hereto as **Exhibit E**.

## JURISDICTION

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and that may be removed to this Court by CBC pursuant to the provisions of 28 U.S.C. § 1441(a), because this case arises under federal law, specifically 47 U.S.C. § 227, *et seq*. *See* Ex. A (Complaint, ¶¶ 1, 16-20).

4. The Complaint was filed in the Superior Court of the State of California, County of Riverside. Venue in the Central District, Eastern Division of this Court is proper. *See* 28 U.S.C. § 1441(a) (providing for removal "to the district court of the United States for the district and division embracing the place" where the state court action is pending); *id.* § 84(c)(1) ("The Central District comprises the 3 divisions  (1) The Eastern Division comprises the counties of Riverside, . . .").

5. Defendant is represented by the undersigned.

DATED: September 9, 2022        SIMMONDS & NARITA LLP
                                TOMIO B. NARITA
                                DOMINIC J. LUCA


                            By: _____
                                Dominic J. Luca
                                Attorneys for Defendant
                                CBC Settlement Funding, LLC